IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RAYNAIL WILLIAMS,

          Petitioner,                No. CIV S-05-1286 GEB DAD P

    vs.

WARDEN M.S. EVENS, et al.,

          Respondents.          ORDER

_____/

          Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed June 30, 2005, the court granted petitioner's application to proceed in forma pauperis and dismissed the habeas petition with leave to file an amended petition that names the proper respondent.  Petitioner's timely filed amended petition is before the court.

          Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's amended habeas petition.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1.  Warden M.S. Evens is substituted for respondent California Department of Corrections;

1

1        2.  Respondents are directed to file a response to petitioner's amended petition

2  within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An

3  answer shall be accompanied by all transcripts and other documents relevant to the issues

4  presented in the amended petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

5        3.  If the response to the amended petition is an answer, petitioner's reply, if any,

6  shall be filed and served within thirty days after service of the answer;

7        4.  If the response to the habeas petition is a motion, petitioner's opposition or

8  statement of non-opposition to respondents' motion shall be filed and served within thirty days

9  after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen

10  days thereafter; and

11        5.  The Clerk of the Court shall serve a copy of this order together with a copy of

12  the amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed July 22, 2005,

13  upon Jo Graves, Senior Assistant Attorney General.

14  DATED: July 28, 2005.

15  

16  _____

   DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

17  DAD:13
   will1286.100

18  

19  

20  

21  

22  

23  

24  

25  

26