IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RAYNAIL WILLIAMS,

    Petitioner,                     2:05-cv-1286-GEB-DAD-P

    vs.

WARDEN M.S. EVENS, et al.,

    Respondent.                   ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On May 14, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

       Although it appears from the file that petitioner's copy of the findings and recommendations were returned, petitioner was properly served. It is the petitioner's

///

1 | responsibility to keep the court apprised of his current address at all times.  Pursuant to Local
2 | Rule 83-182(f), service of documents at the record address of the party is fully effective.
3 |       The court has reviewed the file and finds the findings and recommendations to be
4 | supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
5 | ORDERED that:
6 |       1.  The findings and recommendations filed May 14, 2009, are adopted in full; and
7 |       2.  Petitioner's application for a writ of habeas corpus is denied.

Dated: June 29, 2009

GARLAND E. BURRELL, JR.
United States District Judge