IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RAYNAIL WILLIAMS,

    Petitioner,                    No. CIV S-05-1286 GEB DAD P

    vs.

WARDEN M.S. EVENS, et al.,

    Respondents.              ORDER

_____/

        Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Local Rule 182(f) requires that a party appearing in propria persona inform the court of any address change. On April 23, 2009, petitioner notified this court of a change of address, reporting that he had been moved from Salinas Valley State Prison to the Santa Rita Jail in Dublin, California and providing the court with the mailing address of the facility where he was now incarcerated. (Doc. No. 12.) On May 14, 2009, findings and recommendations were issued recommending that petitioner's application for writ of habeas corpus be denied. (Doc. No. 13.) Those findings and recommendations were served on petitioner at the address he provided in his April 23, 2009, notice of change of address. However, on June 8, 2009, those findings and recommendations were returned to the court as undeliverable. Petitioner failed to file objections

1

and did not notify the court of any further change in his address of record.  On June 30, 2009, the findings and recommendations were adopted in full by the assigned district judge and this case was closed.  (Doc. No. 14.)  On July 8, 2009, the order adopting the findings and recommendations that had been served on petitioner at his address of record was also returned to the court as undeliverable.

Not until October 18, 2010 and again on December 9, 2010, over fifteen months after this action was closed, did petitioner inquire about the status of his habeas action, stating that "it has been 4-years and I have not heard from the courts." (Doc No. 16,17.)  Petitioner, however, has not heard from the court because he has failed to provide this court with his current address, as is his responsibility under Local Rule 182(f).  It appears from his recent filings that petitioner may be once again incarcerated at Salinas Valley State Prison.

Accordingly, the Clerk of the Court is directed to serve copies of this order, the court's May 14, 2009 findings and recommendations (Doc. No. 13) and the order adopting those findings and recommendations (Doc. No. 14) on both petitioner's current address of record at the Santa Rita Jail and his prior address of record at Salinas Valley State Prison.[1]

IT IS SO ORDERED.

DATED: December 14, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
williams1286.order

---

[1] That address is:   Anthony Raynail Williams
V-07297
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA   93960-1020